JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JARVIN O'NEAL NASH, | No. ED CV 11-00828-MMM (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| RAUL LOPEZ, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: June 15, 2011

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE